**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**DEC 07 2016**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

In the United States District Court
Eastern District of Arkansas
Western Division

Brandon Cash                                                    Plaintiff

v.                                    *4:16-cv-884-JLH*

Portfolio Recovery Associates, LLC                              Defendants

This case assigned to District Judge *Holmes*
**Complaint**   and to Magistrate Judge *Ray*

1.      This is an action brought by Brandon Cash, an individual

consumer, for Defendant Portfolio Recovery Associates, LLC's violations of

the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, and

the Arkansas Fair Debt Collection Practices Act (AFDCPA), both of which

prohibit debt collectors from engaging in abusive, deceptive, and unfair

practices.

### Parties

2.      Plaintiff Brandon Cash is a citizen of Faulkner County, Arkansas,

and was so at the time of the events establishing this Complaint. Brandon

Cash is a "consumer" as defined by 15 U.S.C. § 1692a(3) and Ark. Code

Ann. § 17-24-502(2). The

3.      Portfolio Recovery Associates, LLC ("Portfolio Recovery Assocs.")

is a foreign limited liability company organized under Delaware law with

its principal place of business located at 120 Corporate Boulevard, Norfolk,

Virginia 23502. Portfolio Recovery Assocs. regularly attempts to collect

debts alleged due from another and is a "debt collector" as defined by 15

U.S.C. § 1692a(6) and Ark. Code Ann. § 17-24-502(5)(A). Portfolio Recovery Assocs. is a licensed debt collector with the Arkansas State Board of Collection Agencies.

### Jurisdiction and Venue

4.      This Court has original jurisdiction over this civil action under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), because Brandon Cash's claims for violations of the FDCPA arise under the law of the United States. This Court has supplemental jurisdiction over Brandon Cash's remaining claims under 28 U.S.C. § 1367 because those claims are so related to his claims for violations of the FDCPA they form part of the same case or controversy under Article III of the United States Constitution.

5.      The Court has in personam jurisdiction over Portfolio Recovery Assocs. under Arkansas' "long-arm" statute.[1] This Court's assertion or jurisdiction over Portfolio Recovery Assocs., is consistent with due process because it has sufficient minimum contacts with Arkansas so that this Court's exercise of jurisdiction is consistent with traditional notions of fair play and substantial justice. Portfolio Recovery Assocs. purposefully availed itself of the protection of the laws of Arkansas should reasonably anticipate being haled into court in Arkansas by attempting to collect a consumer debt from an Arkansas citizen. This Court's exercise of jurisdiction over Portfolio

[1] Ark. Code Ann. § 16-4-101(B).

Recovery Assocs. is reasonable. Furthermore, this Court's assertion or jurisdiction over Portfolio Recovery Assocs. is consistent with due process because it has sufficient minimum contacts with Arkansas so that this Court's exercise of jurisdiction is consistent with traditional notions of fair play and substantial justice based on the following factors:

- Portfolio Recovery Assocs. sends dunning letters to Arkansas residents in order to collect consumer debts;

- Portfolio Recovery Assocs. files thousands of debt collection lawsuits in Arkansas Circuit and District Courts each year;

- Portfolio Recovery Assocs. typically provides Affidavits in support of allegations in these debt collection complaints by having a Custodian of Records sign these Affidavits.

- Brandon Cash's cause of actions asserted herein are directly related to each Portfolio Recovery Assocs.'s contacts with Arkansas.

- Arkansas has an interest in protecting its citizens from violations of the FDCPA and the AFDCPA.

- This Court is a convenient forum for all parties to resolve Brandon Cash's claims and causes of action.

6.  Venue is proper in this Court under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions establishing the claim occurred in this judicial district and division.

## Factual Background

7.      The debt Portfolio Recovery Assocs. attempted to collect from
Brandon Cash is a financial obligation for personal, family, or household
purposes and is a "debt" as defined by 15 U.S.C. § 1692a(5) and Ark. Code
Ann. § 17-24-502(4).

8.      On or about January 11, 2016, Portfolio Recovery Assocs. sent
Brandon Cash a dunning letter, attempting to collect a defaulted and
charged-off Synchrony Bank credit card account. The dunning letter stated
the account balance was $658.39.[1] Brandon Cash received the letter in the
mail.

9.      On or about March 1, 2016, Portfolio Recovery Assocs. sent
Brandon Cash a dunning letter, attempting to collect a defaulted and
charged-off Synchrony Bank credit card account. The dunning letter stated
the account balance was $658.39.[2] Brandon Cash received the letter in the
mail.

10.     On or about May 23, 2016, Portfolio Recovery Assocs. sent
Brandon Cash a dunning letter, attempting to collect a defaulted and
charged-off Synchrony Bank credit card account. The dunning letter stated

---

[1] *See* attached Exhibit 1.

[2] *See* attached Exhibit 2.

4

the account balance was $658.39. The dunning letter stated the account balance was $658.39.⁴ Brandon Cash received the letter in the mail.

11.    On October 10, 2015, Portfolio Recovery Assocs. filed a Complaint in the District Court of Faulkner County, Arkansas, alleging a cause of action for Account Stated, and alleging that Brandon Cash purchased certain items with extensions of credit obtained on his Synchrony Bank account and that the amount due on the stated account was $658.39. The Complaint sought to recover $658.39 plus costs.⁵

12.    On or about November 14, 2016, Portfolio Recovery Assocs. served Brandon Cash with the Summons and Complaint.

13.    Brandon Cash's TransUnion credit report shows that Synchrony Bank reported that the amount charged-off from his credit card account was $457.00.

14.    Brandon Cash's Equifax credit report shows that Synchrony Bank reported that the amount charged-off from his credit card account was $457.00.

15.    Portfolio Recovery Assocs. reported to credit reporting bureaus Equifax and TransUnion that the balance Brandon Cash owed it on the charged-off and defaulted Synchrony Bank credit card account was $658.00.

---

⁴ *See* attached Exhibit 3.

⁵ *See* attached Exhibit 4.

## Respondeat Superior Liability

16.   The acts and omissions of employees and agents of Portfolio Recovery Assocs. who prepared and sent the dunning letters and prepared, filed, and served the debt-collection lawsuit were committed within the time and space limits of their agency relationship with their principal Portfolio Recovery Assocs.

17.   The acts and omissions of Portfolio Recovery Assocs.'s employees and agents, were incidental to, or of the same general nature as, the responsibilities these employees and agents could perform for Portfolio Recovery Assocs.

18.   By committing these acts and omissions against Brandon Cash, Portfolio Recovery Assocs.'s and other employees and agents were motivated to benefit their principal, Portfolio Recovery Assocs.

19.   Portfolio Recovery Assocs. is therefore liable to Brandon Cash under the doctrine of respondeat superior for the intentional and negligent acts, errors, and omissions that violated federal and state law by their collection employees and agents, including violations of the FDCPA, and the AFDCPA, in its attempts to collect a consumer debt from Brandon Cash.

## Standing

20.   Brandon Cash has standing under Article III of the United States Constitution because she has suffered an injury in fact, the injury in fact is traceable to the challenged conduct of Portfolio Recovery Assocs. described

herein, and his injury in fact is likely to be redressed by a favorable judicial decision in this Court. Brandon Cash's injury in fact is both particular and concrete because he suffered an invasion of a legally protected interest that is concrete, particularized and actual or imminent. Many provisions of the FDCPA, the AFDCPA, and Arkansas's common law recognize a consumer's right to privacy and provides redress for violations of those privacy rights, including the right to be left alone from debt collection efforts in amounts the consumer does not owe.

### Causes of Action

### *Count I–Violations of the FDCPA, 15 U.S.C. § 1692, et seq.*

21.   Brandon Cash re-alleges and incorporates the foregoing paragraphs, as if set forth word for word.

22.   Portfolio Recovery Assocs. violated the FDCPA. Portfolio Recovery Assocs.'s violations include, but are not limited to, the following provisions:

   a.   Portfolio Recovery Assocs. violated 15 U.S.C. § 1692e by using false, deceptive, or misleading representations or means in connection with the collection of a debt;

   b.   Portfolio Recovery Assocs. violated 15 U.S.C. § 1692e(2) by making false, deceptive, or misleading representations about the character, amount, or legal status of the alleged debt;

    c.      Portfolio Recovery Assocs. violated 15 U.S.C. § 1692e(8) by communicating false credit information;

    d.      Portfolio Recovery Assocs. violated 15 U.S.C. § 1692e(10) by making false representations or using deceptive means to collect the alleged debt;

    e.      Portfolio Recovery Assocs. violated 15 U.S.C. § 1692f by making unfair and unconscionable means to collect or attempt to collect the alleged debt; and

    f.      Portfolio Recovery Assocs. violated 15 U.S.C. § 1692f(1) by attempting to collect an amount not authorized by the agreement creating the alleged debt or permitted by law.

23.    Because of the above violations of the FDCPA, Portfolio Recovery Assocs. is liable to Brandon Cash for a declaratory judgment that Defendants' conduct violated the FDCPA, statutory damages of $1,000 under 15 U.S.C. § 1692k(a)(2)(A), and costs and reasonable attorney fees under 15 U.S.C. § 1692k(a)(3).

### *Count II–Violations of the AFDCPA, Ark. Code Ann. § 17-24-501, et seq.*

24.    Brandon Cash re-alleges and incorporates the foregoing paragraphs, as if set forth word for word.

25.    Portfolio Recovery Assocs. violated the AFDCPA. Portfolio Recovery Assocs.'s violations include, but are not limited to, the following provisions:

a.   Portfolio Recovery Assocs. violated Ark. Code Ann. § 17-24-506(a) by using false, deceptive, or misleading representations or means in connection with the collection of a debt;

b.   Portfolio Recovery Assocs. violated Ark. Code Ann. § 17-24-506(b)(2)(A) by making false, deceptive, or misleading representations about the character, amount, or legal status of the alleged debt;

c.   Portfolio Recovery Assocs. violated Ark. Code Ann. § 17-24-506(b)(8) by communicating false credit information;

d.   Portfolio Recovery Assocs. violated Ark. Code Ann. § 17-24-506(b)(10) by making false representations or using deceptive means to collect the alleged debt;

e.   Portfolio Recovery Assocs. violated Ark. Code Ann. § 17-24-507(a) by making unfair and unconscionable means to collect or attempt to collect the alleged debt;

f.   Portfolio Recovery Assocs. violated Ark. Code Ann. § 17-24-507(b)(1) by attempting to collect an amount not authorized by the agreement creating the alleged debt or permitted by law.

26.   Because of the above violations of the AFDCPA, Portfolio Recovery Assocs. is liable to Brandon Cash for a declaratory judgment that its conduct violated the AFDCPA, statutory damages of $1,000 under Ark.

9

Code Ann. § 17-24-512(a)(2)(A), and costs and reasonable attorney fees under Ark. Code Ann. § 17-24-512(a)(3)(A).

## Jury Demand

27.   Brandon Cash demands a jury trial.

## Prayer for Relief

Brandon Cash prays judgment be entered against Portfolio Recovery Assocs. for his statutory damages, costs and reasonable attorney fees, and for such other relief as may be just and proper.

Respectfully submitted

Corey D. McGaha
Ark. Bar No. 2003047
William T. Crowder
Ark. Bar No. 2003138
CROWDER MCGAHA, LLP
5507 Ranch Drive, Suite 202
Little Rock, AR 72223
Phone: (501) 205-4026
Fax: (501) 367-8208
cmcgaha@crowdermcgaha.com
wcrowder@crowdermcgaha.com

*Counsel for Plaintiff Brandon Cash*

BRANDON CASH.

Welcome to Portfolio Recovery Associates, LLC ("PRA, LLC")! We want to help you resolve this account, so call us at 1-800-772-1413 for low payment options. If paying off this debt is difficult for you please call anyway, because we have payment options for almost every budget.

PRA, LLC purchased account _____ on 12/19/2015. All future payments and correspondence for this account, including credit counseling service payments, should be directed to us.

## Portfolio Recovery Associates, LLC

Exhibit 1

Statement Date: January 11, 2016
Seller: SYNCHRONY BANK
Merchant: WAL-MART
Original Creditor: SYNCHRONY BANK
Creditor to Whom Debt is Owed: Portfolio Recovery Associates, LLC
Account Number: _____

**CALL TOLL FREE AT 1-800-772-1413**
to discuss payment arrangements!

Mail all checks and payments to:
Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541-1223

Pay us online at: www.portfoliorecovery.com

Hours Of Operation (EST)
8 AM to 11 PM Mon.-Fri.
8 AM to 6 PM Sat.
11 AM to 11 PM Sun.

Email: help@portfoliorecovery.com

### ACCOUNT DETAILS

CURRENT BALANCE



See Reverse Side For Easy Opening Instructions.

REMOVE STUBS AT BOTH ENDS FIRST
FOLD, CREASE AND REMOVE THIS STUB AT PERFORATION

CONWAY AR 72034-6111
2816 BRUCE ST # A
BRANDON CASH

Address Service Requested

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
QS

Dept 922
814474291601
PO Box 4115
Concord, CA 94524

Seller:  SYNCHRONY BANK
Merchant:  WAL-MART
Original Creditor:  SYNCHRONY BANK



Account Number:  ▉▉▉▉▉▉
Creditor to Whom Debt is Owed:  Portfolio Recovery Associates, LLC
Current Balance Due:  $658.39

**Portfolio Recovery Associates, LLC**

March 1, 2016

Dear BRANDON CASH,
For nearly 20 years, Portfolio Recovery Associates, LLC ("PRA, LLC") has helped customers across the country resolve their debt. Please contact us directly to find out how we can help you. We are committed to working with you to design a plan that fits your budget. Call us today!

| **Single Payment Savings Plan** | **12 Month Installment Option** | **26 Month Installment Option** |
|---|---|---|
| • Pay $527.00<br><br>• *Save $131.39* | • Pay $47.00 for 12 consecutive months<br><br>• *Save $94.39* | • Pay $25.00 for 26 consecutive months |
| Your account will be considered "Settled in Full" after your final payment is posted. | Your account will be considered "Settled in Full" after your final payment is posted. | Your account will be considered "Paid in Full" after your final payment is posted. |

***Your first or full payment must be received no later than *03/31/2016*****
Call now to get started or to learn about other payment options!



We are ready to help you resolve this debt!
Just call:
**1-800-772-1413**
before 03/31/2016
to discuss the
**AFFORDABLE PAYMENT OPTIONS**
that are available to you.
(EST) 8 AM to 11 PM Mon.-Fri.
8 AM to 8 PM Sat. ▪ 11 AM to 11 PM Sun.

**Mail all checks and payments to:**
PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541



Pay Online Using
Your Checking Account!
**www.portfoliorecovery.com**

**This communication is from a debt collector and is an attempt to collect a debt.**
**Any information obtained will be used for that purpose.**

**NOTICE: See Reverse Side for Important Information**

16CDPRAS014/M2 - - - - - - - - - - - - - ***PLEASE DETACH AND RETURN WITH YOUR PAYMENT*** - - - - - - - - - - - - - - - - - - - - - - - -

Account Number: ▉▉▉▉▉▉

Payment Amount: $_____

CDPRAS01
PO Box 1022
Wixom MI 48393-1022

ADDRESS SERVICE REQUESTED

March 1, 2016

**Mail all checks and payments to:**

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

47M2     72895438

BRANDON CASH
2616 Bruce St # A
Conway AR 72034-6111



Exhibit 2

*We are not obligated to renew this offer.*

**Company Address:** Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502

**Disputes Correspondence Address:** 140 Corporate Blvd., Norfolk, VA 23502 or E-mail:
PRA_Disputes@portfoliorecovery.com

**Quality Service Specialists Available Mon. – Fri. 8 AM TO 5 PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all
our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at
(866) 925-7109 or by e-mail at qualityservice@portfoliorecovery.com.

**PRIVACY NOTICE:** We collect certain personal information about you from the following sources: (a) information we
receive from you; (b) information about your transactions with our affiliates, others or us; (c) information we receive
from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or
former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to
those employees and entities that need to know that information in order to collect your account. We maintain
physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal
information.

**Portfolio Recovery Associates, LLC**

May 23, 2016
Account Number: ▮▮▮▮▮▮▮▮▮
SELLER: SYNCHRONY BANK
MERCHANT: WAL-MART
ORIGINAL CREDITOR: SYNCHRONY BANK
CHARGE-OFF CREDITOR: SYNCHRONY BANK
LAST 4 DIGITS OF CHARGE-OFF ACCOUNT NUMBER: ▮▮▮▮
Creditor to Whom Debt is Owed: Portfolio Recovery Associates, LLC.

Balance: $658.39**

## Second Notice: Account Transferred to Litigation Department

At this time, no attorney within the Litigation Department has personally reviewed the particular circumstances of your account. **We want to help!** Please set up payment arrangements with our friendly representatives today.

This account can be settled for **$526.71** if funds are received in our office by **06/21/2016**. Your account will be considered "Settled in Full" once your payment is successfully posted.

*Benefits of settling this account by this date:*
- Your debt on this account will be resolved
- All collection activities on this account will cease
- If our company is reporting this account to the three major credit reporting agencies, we will request that our company's tradeline be updated to reflect that this account is now settled.

Please contact our office no later than **06/21/2016** by calling during our business hours to discuss how we can work together to resolve this account. We reserve the right to withdraw or modify this offer at a later date if no payments or payment arrangements are made by **06/21/2016**.

**Various Payment Options Available including:**

| Call: ☎ | Mail: ✉ |
|---|---|
| Call Toll-Free at **1-866-428-8102** to: | • Complete the attached coupon |
| | • Make all checks and payments to: |
| • Discuss payment arrangements | PORTFOLIO RECOVERY ASSOCIATES, LLC. |
| • Authorize automatic withdrawals from your bank account | P.O. Box 12903 |
| • Complete a debit card payment | Norfolk VA 23541 |

Business Hours: 8AM-11PM Mon. Wed. Thu.; 8AM- 9PM Tue. Fri., and 8AM to 5PM Sat. (EST)

*We are not obligated to renew this offer.*

**The following is a breakdown of your balance since charge-off:
Total Amount of Debt Due at charge-off: $658.39
Total Amount of Transactions since charge-off:
     Interest: $0.00
     Non-Interest Charges/Fees or Balance Adjustments: $0.00
     Payments: $0.00
Total Now Due: $658.39

You may request copies of documentation relating to your account which includes original account-level documentation available to Portfolio Recovery Associates, LLC, account chain of title, and either a signed account application or account statements reflecting a purchase, payment or other use of the account. To do so, you must send your request in writing to: Portfolio Recovery Associates, LLC, 140 Corporate Boulevard, Norfolk, VA 23502. Portfolio Recovery Associates, LLC will provide the documentation to you at no cost within 30 days of receiving your request.

**This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.**
Notice: See Reverse Side for Important Information

✂- - - - - - - *** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT*** - - - - ✂

DEPT 922   7789089216051
PO BOX 4115
CONCORD CA 94524

Account Number:
▮▮▮▮▮▮▮▮▮

|||||||||||||||||||||||||||||||||||||||||

ADDRESS SERVICE REQUESTED

Payment Amount: _____

#BWNFTZF #9227789089216051#

Make all checks payable to Portfolio Recovery
Associates, LLC

||||||||||||||||||||||||||||||||||||||||||

BRANDON CASH
2616 BRUCE ST # A
CONWAY AR 72034-6111

LL2
PORTFOLIO RECOVERY ASSOCIATES LLC.
P.O. Box 12903
Norfolk VA 23541

Exhibit 3



**MAKE ALL CHECKS PAYABLE TO:** Portfolio Recovery Associates, LLC
**SEND ALL PAYMENTS TO:** Portfolio Recovery Associates, LLC, P.O. Box 12903, Norfolk, VA 23541

**COMPANY ADDRESS:** Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502

**DISPUTES CORRESPONDENCE ADDRESS:** Portfolio Recovery Associates, LLC, Disputes Department, 140 Corporate Boulevard, Norfolk, VA 23502
**DISPUTES DEPARTMENT E-MAIL ADDRESS:** PRA_Disputes@portfoliorecovery.com

**QUALITY SERVICE SPECIALISTS AVAILABLE Mon. - Fri. 8 AM to 5 PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at (866) 925-7109 or by e-mail at qualityservice@portfoliorecovery.com.

**PRIVACY NOTICE:** We collect certain personal information about you from the following sources: (a) information we received from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**NOTICE:** We are required under state law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under state and federal laws:

**COLORADO:** Office located at 4600 South Syracuse Street, Suite 938, Denver, CO 80237. Telephone 1-866-508-4751.

**MAINE:** Telephone number at licensed location is (800) 772-1413. Hours of operation at licensed location are 8AM-11PM Mon. Wed. Thu.; 8AM- 9PM Tue. Fri., 8AM to 5PM Sat., (EST).

**MASSACHUSETTS:** Office located 49 Winter St., Weymouth, MA 02188. Telephone (800) 772-1413. Hours of operation are 9 AM to 6 PM EST Monday through Thursday. **NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.**

**NEW YORK CITY:** City of New York License Numbers 1096994, 1394695, 1394697, 1394696, 1394698, 1394700, 1394699, 1394694.

**NORTH CAROLINA:** Collection Agency Permit No. 4132.

**TENNESSEE:** This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance. (#00000770)

## IN THE DISTRICT COURT OF FAULKNER COUNTY, ARKANSAS
## CONWAY DIVISION

### SUMMONS
### (NOTICE OF LAWSUIT)

**PORTFOLIO RECOVERY ASSOCIATES, LLC**                    **PLAINTIFF**

**V.**                                    CASE NO. CWCV-16-684

**BRANDON CASH**                                           **DEFENDANT**

THE STATE OF ARKANSAS TO DEFENDANT:

BRANDON CASH
2616 BRUCE ST A
CONWAY AR 72034

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it)--or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas-- you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lori Withrow
P.O. Box 17248
Little Rock, AR 72222
(501) 227-2000

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

CLERK OF COURT

Address of Clerk's Office:
Faulkner County District Court
810 Parkway
Conway, AR 72032

_Rolanne Ruple_ DC
COURT CLERK

_Oct 10 2016_
DATE

16-01673
asc.frm

Exhibit 4

No. _____ **This summons is for <u>BRANDON CASH</u>**

**PROOF OF SERVICE**

❑   I personally delivered the summons and complaint to the individual at
_____ on _____ ; or

❑   I left the summons and complaint in the proximity of the individual by
_____ after he/she refused to receive it when I offered it to
him/her; or

❑   I left the summons and complaint at the individual's dwelling house or usual place of abode
at _____
with _____ , a person at least 14
years of age who resides there, on
_____ ; or

❑   I delivered the summons and complaint to _____ , an
agent authorized by appoint or by law to receive service of summons on behalf of
_____ on _____ ; or

**Description of person receiving documents:**
        The person receiving the documents is described as follows:
        Skin Color_____ Sex_____ Hair Color_____ Facial Hair_____
        Age_____(prox) Height_____(prox) Weight_____(prox)

❑   I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested, restricted
delivery, as shown by the attached signed return receipt.

❑   I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of
the summons and complaint by first-class mail to the defendant together with two copies of a
notice and acknowledgment and received the attached notice and acknowledgment form within
twenty days after the date of mailing.

❑   Other
[specify]:_____
_____

❑   I was unable to execute service because:
_____
_____
_____

My fee is $_____ .

16-01673
asc.frm

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____ SHERIFF OF _____ COUNTY, ARKANSAS

By:_____

_____
(Print Name, Title & Badge No.)

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date:_____

By:_____

_____
(Print Name)

Address:_____

_____

_____

Phone _____

Subscribed and sworn to before me this date:_____

_____
Notary Public

My Commission Expires:

_____

Additional information regarding service or attempted service:

_____
_____
_____
_____
_____

16-01673
ssc.frm

## IN THE DISTRICT COURT OF FAULKNER COUNTY, ARKANSAS
## CONWAY DIVISION

PORTFOLIO RECOVERY ASSOCIATES, LLC                           **PLAINTIFF**

V.                          CASE NO. CWCV-16-684

BRANDON CASH                                                 **DEFENDANT**

### COMPLAINT-ACCOUNT STATED

Comes the Plaintiff and for its cause of action against the Defendant, states:

1.    That the Plaintiff is a foreign limited liability company authorized to bring this
action under Ark. Code Ann. §4-32-1008.

2.    That the Defendant is a resident of Faulkner County, Arkansas.

3.    Jurisdiction and venue are proper in this Court.

4.    That Defendant purchased certain items with extensions of credit obtained on
his/her SYNCHRONY BANK account. Plaintiff and Defendant continued to
transact over a period of time. Defendant received statements reflecting charges
made on said credit account. See Exhibit A attached hereto and incorporated word
for word.

5.    That Defendant did not object to any of said statements and therefore has assented
to the accuracy of the statements and the balance, express or implied

6.    That the amount due on the stated account is as follows, $658.39. Please see
Plaintiff's Affidavit which is attached hereto and incorporated word for word.

6.    That demand has been made for the payment of the stated account, yet the balance
remains unpaid.

WHEREFORE, Plaintiff prays for Judgment against the Defendant in the amount of
$658.39, for all costs herein paid and expended, and for all other proper relief.

Allen & Withrow
Attorneys at Law
P.O. Box 17248
Little Rock, AR 72222
(501) 227-2000

Lori Withrow (98069)
Colton Gregory (2013181)
Gary J Barrett (2000071)

16-01673
asc firm

## AFFIDAVIT

Commonwealth of Virginia
City of Norfolk ss.



I, the undersigned, _____Dianna D. Williams_____, Custodian of Records, for Portfolio Recovery Associates, LLC
hereby depose, affirm and state as follows:

1.      I am competent to testify to the matters contained herein.

2.      I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing
business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the
statements, representations and averments herein, and do so based upon a review of the business records of the Original
Creditor **SYNCHRONY BANK/WAL-MART** and those records transferred to Account Assignee from **SYNCHRONY
BANK** ("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in
the ordinary course of business.

3.      According to the business records, which are maintained in the ordinary course of business, the account, and all
proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account
having been sold, assigned and transferred by the Account Seller on **12/19/2015**. Further, the Account Assignee has been
assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement,
satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest
in said account or the proceeds thereof, for any purpose whatsoever.

4.      According to the records transferred to the Account Assignee from Account Seller, and maintained in the ordinary
course of business by the Account Assignee, there was due and payable from **BRANDON CASH** ("Debtor and Co-
Debtor") to the Account Seller the sum of **$ 658.39** with the respect to account number **ending in 6463** as of the date of
**11/6/2015** with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date of
the sale.

5.      According to the account records of said Account Assignee, after all known payments, counterclaims, and/or
setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of **$ 658.39** as due and owing as of the
date of this affidavit.

6.      Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is
not on active military service of the United States.

Portfolio Recovery Associates, LLC

_____

By: _____Dianna D. Williams_____, Custodian of Records

Subscribed and sworn to before me on ___ AUG 3 1 2016

_____
Notary Public

MELVIN L JACKSON JR
NOTARY PUBLIC
REGISTRATION # 7622744
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
MAY 31, 2019



This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

16-01673                                                                                                    v1

# Walmart®
## Credit Card

BRANDON L CASH
Account Number: (

8463

Visit us at walmart.com/credit
Customer Service 1-877-294-7880

| Summary of Account Activity | |
|---|---|
| Previous Balance | $555.40 |
| - Payments | $60.00 |
| + Fees Charged | $35.00 |
| + Interest Charges | $10.73 |
| **New Balance** | **$541.13** |
| | |
| Credit Limit | $500 |
| Available Credit | OVERLIMIT |
| Cash Advance/Quick Cash Limit | $100 |
| Available Cash | OVERLIMIT |
| Statement Closing Date | 06/08/2015 |
| Days in Billing Cycle | 31 |

| Payment Information | |
|---|---|
| New Balance | $541.13 |
| Amount Past Due | $76.00 |
| Total Minimum Payment Due | $128.00 |
| Overlimit Amount | $41.13 |
| Payment Due Date | 07/01/2015 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance  For example:

| If you make no additional charges using this card and each month you pay .... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 15 months | $613.00 |

If you would like information about   credit counseling services, call 1-877-302-6775.

## Transaction Summary

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Plan Type | Amount |
|---|---|---|---|---|---|
| 05/27 | 05/27 | P9112004L00XS6H14 | PAYMENT - THANK YOU | | ($35.00) |
| 06/05 | 06/05 | P9112004Y00XS6H11 | PAYMENT - THANK YOU | | ($25.00) |
| | | | FEES | | |
| 06/01 | 06/01 | | LATE FEE | | $35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | | $35.00 |
| | | | INTEREST CHARGED | | |
| 06/08 | 06/08 | | INTEREST CHARGE ON PURCHASES | | $10.73 |
| 06/08 | 06/08 | | INTEREST CHARGE ON CASH ADVANCES | | $0.00 |

(Continued on next page)

PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.
NOTICE: We may convert your payment into an electronic debit. See reverse for details, Billing Rights and other important information.

5404      BFR      1    7  5  150606        X PAGE 1 of 3        9112  3600  0218  01CAS404

Detach and mail this portion with your check. Do not include any correspondence with your check.

# Walmart ☀️
Save money. Live better.

Account Number:   ᵢ 8463

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | Overlimit Amount | New Balance |
|---|---|---|---|---|
| $128.00 | $76.00 | 07/01/2015 | $41.13 | $541.13 |

Payment Enclosed: $ ☐☐☐☐☐.☐☐

New address or email? Print changes on back.

BRANDON L CASH
2616 BRUCE ST # A
CONWAY AR 72034-8111

Make Payment To: WALMART/SYNCHRONY BANK
P.O. BOX 530927
ATLANTA, GA 30353-0927

**Transaction Summary (Continued)**

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Plan Type | Amount |
|-----------|-----------|------------------|--------------------------------------|-----------|--------|
| | | | TOTAL INTEREST FOR THIS PERIOD | | $10.73 |

| 2015 Totals Year-To-Date | |
|--------------------------|------|
| Total Fees charged in  2015 | $130.00 |
| Total Interest charged in  2015 | $57.71 |
| Total Interest Paid in  2015 | $28.60 |

**Interest Charge Calculation**
Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Expiration Date | Plan Type | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|-----------------|-----------------|-----------|------------------------|----------------------------------|-----------------|
| Regular Purchases & Cash Advances | NA | REG | 22.90% (v) | $551.74 | $10.73 |
| (v) = Variable rate | | | | | |

**Cardholder News and Information**

Your account reflects an amount past due. If you are having difficulty making this payment, we have several temporary repayment options available to help make things easier for you.  Call 1-800-641-4526 today to find out if you are eligible for one of our payment options.

Eligible card purchases may be billed under one of the following promotions: No Interest if Paid in Full within 6, 12, 18 or 24 months  Under each of these promotions, if the promotional balance is not paid in full within the promotional period, interest will be imposed from the date of purchase at a rate of 22.90%. If a (v) is shown after your APR in the Interest Charge Calculation section of this billing statement, the APR is a variable rate and will vary with the market based on the Prime Rate. Minimum monthly payments are required.  See promotional advertising for further details.

If your account has a deferred interest promotion and you would like us to apply a payment on your account to a specific balance, please call Customer Service to discuss options that may be available.

You have recently been unenrolled from electronic statement delivery. You may have opted to stop receiving electronic statements, or this may have occurred because of changes in your account or failure to comply with the Terms and Conditions of the electronic statement services. Please feel free to reenroll at any time.



## Easy ways to pay your bill...



Log in to your account at **walmart.com/creditlogin** to make a payment

**Pay in-store** at any Walmart® or Sam's Club® register

**Mail** your check with the payment stub attached

You can view all your account details at **walmart.com/creditlogin.**

The Walmart MasterCard is issued by Synchrony Bank pursuant to a license by MasterCard International Incorporated. MasterCard is a registered trademark of MasterCard International Incorporated. The following are marks and/or registered marks of Wal-Mart Stores, Inc. the "Spark" design (tm), Walmart, and Save Money Live Better.

## Walmart® Credit Card

| | |
|---|---|
| BRANDON L CASH | Visit us at walmart.com/credit |
| Account Number ....463 | Customer Service: 1-800-641-4526 |

| Summary of Account Activity | |
|---|---|
| Previous Balance | $633.67 |
| + Interest Charges | $12.04 |
| New Balance | $645.71 |

| | |
|---|---|
| Credit Limit | $500 |
| Available Credit | $0.00 |
| Cash Advance/Quick Cash Limit | $100 |
| Available Cash | $0.00 |
| Statement Closing Date | 09/08/2015 |
| Days in Billing Cycle | 30 |

| Payment Information | |
|---|---|
| New Balance | $645.71 |
| Amount Past Due | $234.00 |
| Total Minimum Payment Due | $253.00 |
| Overlimit Amount | $145.71 |
| Payment Due Date | 10/01/2015 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment Due by the Payment Due Date listed above, you may have to pay a late fee up to $35.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 15 months | $715.00 |

If you would like information about credit counseling services , call 1-877-302-9775.

| Transactions Summary | | | | | |
|---|---|---|---|---|---|
| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Plan Type | Amount |
| | | | **FEES** | | |
| | | | TOTAL FEES FOR THIS PERIOD | | $0.00 |
| | | | **INTEREST CHARGED** | | |
| 09/08 | 09/08 | | INTEREST CHARGE ON PURCHASES | | $12.04 |
| 09/08 | 09/08 | | INTEREST CHARGE ON CASH ADVANCES | | $0.00 |

(Continued on next page)

PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.
NOTICE: We may convert your payment into an electronic debit. See reverse for details, Billing Rights and other important information

5431    BTN    1    7 5  150908    E X PAGE 1 of 3    9112  3000  0210  01EA5404

Detach and mail this portion with your check. Do not include any correspondence with your check.


Save money. Live better.

Account Number: ....463

| Total Minimum Payment Due | Amount Past Due | Payment Due Date | Overlimit Amount | New Balance |
|---|---|---|---|---|
| $253.00 | $234.00 | 10/01/2015 | $145.71 | $645.71 |

Payment Enclosed. Please use blue or black ink.    $ ▮▮▮▮▮.▮▮

New address or email? Print changes on back.

BRANDON L CASH
2616 BRUCE ST # A
CONWAY AR 72034-6111

FDTFDFTDFTFFDFTAATAFTTDFATADAADATAFFAFATFDTDFTADFTFFFDTTTAATTDTAF

Make Payment To:    WALMART/SYNCHRONY BANK
P.O. BOX 530927
ATLANTA GA 30353-0927

DTATTFTTDFFAFDFDTDDDFFTDAATDAFTFTTATDFTFFAAADDDTFAA...

6  463

Customer Service: For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on the statement, your access to information on the account may be limited. You may also mail questions (but not payments) to P.O. Box 965012, Orlando, FL 32896-5012. Please include your account number on any correspondence you send to us.
Payments: Send payments to the address listed on the remit portion of this statement or pay online.
Notice: See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965023, Orlando, FL 32896-5023

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will receive your check back from your financial institution. You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope - not the enclosed window envelope, addressed to: P.O. Box 960065 Orlando, FL 32896-0098 and not the Payment Address.

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at the Billing Inquiries Address of:
Synchrony Bank
P.O. Box 965023, Orlando, FL 32896-5023
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
Synchrony Bank
P.O. Box 965023, Orlando, FL 32896-5023

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments:** You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or (f) includes staples, paper clips, tape, a folded check, or correspondence of any type. Conditional Payments: All written communications concerning disputed amounts, including any check or other payment instrument that (i) indicates that the payment constitutes "payment in full" or is tendered as full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965023, Orlando, FL 32896-5023

Credits To Your Account: An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

Credit Reports And Account Information: If you believe that we have reported inaccurate information about you to a consumer-reporting agency, please contact us at P.O. Box 965024, Orlando, FL 32896-5024. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Balance Subject To Interest Charge Calculation**
Method 2(D (Daily Balance method): We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day of the billing cycle divided by the number of days in the billing cycle.

Method 3M (Average Daily Balance including current transactions): We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, which includes any unpaid interest charges from the previous billing cycle, add any new charges and applicable fees, and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance", which is the balance shown in the Interest Charges section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

Bankruptcy Notice: If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn. Bankruptcy Dept . P.O. Box 965060, Orlando, FL 32896-5060

Your account is owned and serviced by Synchrony Bank.

O1EAS454 -1- 03/31 15

This is an attempt to collect a debt and any information obtained will be used for that purpose.

By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email please check the box and print the changes below.

☐ Street by Address
City, State
ZIP
Phone #
Email

| Home Phone # | Business Phone # | *Cell # or other phone # we can use to contact you | Email Address |
| --- | --- | --- | --- |

By providing your email address, you agree to receive email communications about your account and also give permission for us to share your email address with Walmart.


**Save money. Live better.**

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Plan Type | Amount |
|---|---|---|---|---|---|
| | | | TOTAL INTEREST FOR THIS PERIOD | | $12.04 |
| | | | 2015 Totals Year-To-Date | | |
| | | Total Fees charged in  2015 | | | $200.00 |
| | | Total Interest charged in   2015 | | | $92.29 |
| | | Total Interest Paid in   2015 | | | $28.60 |

Your Annual Percentage Rate (APR)      is the annual interest rate on your account.

| Type of Balance | Expiration Date | Plan Type | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Regular Purchases & Cash Advances | NA | REG | 22.90% (v) | $639.46 | $12.04 |
| (v) = Variable rate | | | | | |

If your account has a deferred interest promotion and you would like us to apply a payment on your account to a specific
balance, please call Customer Service to discuss options that may be available.



# Easy ways to pay your bill...



 Log in to your account at
**walmart.com/creditlogin** to
make a payment

Pay **in-store** at any Walmart® or
Sam's Club® register

**Mail** your check with the payment
stub attached

You can view all your account details at **walmart.com/creditlogin.**

The Walmart MasterCard is issued by Synchrony Bank pursuant to license by MasterCard International Incorporated. MasterCard is a registered trademark of MasterCard International Incorporated.
The following are marks and/or registered marks of Wal-Mart Stores, Inc. the "Spark" device icon, Walmart, and Save Money. Live Better.

## Walmart Credit Card

| BRANDON L CASH | |
|---|---|
| Account Number | 6463 |

Visit us at walmart.com/credit
Customer Service: 1-800-641-4526

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $645.71 |
| + Interest Charges | $12.68 |
| New Balance | $658.39 |
| | |
| Credit Limit | $500 |
| Available Credit | $0.00 |
| Cash Advance/Quick Cash Limit | $100 |
| Available Cash | $0.00 |
| Statement Closing Date | 10/09/2015 |
| Days in Billing Cycle | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $658.39 |
| Amount Past Due | $253.00 |
| Total Minimum Payment Due | $273.00 |
| Overlimit Amount | $158.39 |
| Payment Due Date | 11/01/2015 |

Late Payment Warning:   If we do not receive your Total
Minimum Payment Due by the Payment Due Date listed
above, you may have to pay a late fee up to $35.00.

Minimum Payment Warning:   If you make only the minimum
payment each period, you will pay more in interest and it will
take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 months | $725.00 |

If you would like information about   credit counseling
services , call 1-877-302-8775.

### Transaction Summary

| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Plan Type | Amount |
|---|---|---|---|---|---|
| | | | FEES | | |
| | | | TOTAL FEES FOR THIS PERIOD | | $0.00 |
| | | | INTEREST CHARGED | | |
| 10/09 | 10/09 | | INTEREST CHARGE ON PURCHASES | | $12.68 |
| 10/09 | 10/09 | | INTEREST CHARGE ON CASH ADVANCES | | $0.00 |

(Continued on next page)

**PAYMENT DUE BY 5 P.M. (ET) ON THE DUE DATE.**
NOTICE: We may convert your payment into an electronic debit. See reverse for details, Billing Rights and other important information

5404      AFH      1      3   6   151009      EX PAGE 1 of 3      3112   7600  0218  01EA5404

Detach and mail this portion with your check. Do not include any correspondence with your check


Save money. Live better.

| | Account Number | 6463 |

| Total Minimum Payment Due | Amount Past Due | Minimum Payment Due Date | Overlimit Amount | New Balance |
|---|---|---|---|---|
| $273.00 | $253.00 | 11/01/2015 | $158.39 | $658.39 |

Payment Enclosed:
Please use blue or black ink.   $ ████████

New address or email? Print changes on back.

BRANDON L CASH
2616 BRUCE ST # A
CONWAY AR 72034-6111

DADDAAAAADDFFDFDFFFFTFAAFTFDFFDTDDDDDDDDTA TDTDTAAFDDTAFADDDADAAFA

Make Payment To:   WALMART/SYNCHRONY BANK
P.O. BOX 530927

AFA TTAADFDDATDDATTTTDTTDTFTDFDDTAFAATDAATADATADFTDTTDDLAYDDOTHTAY0927

6  4631

*Customer Service:* For account information, call the number on the front of this statement. For Hearing or Speech disabilities, use a TRS. Unless your name is listed on the statement, your access to information on the account may be limited. You may also mail questions (but not payments) to P.O. Box 965012, Orlando, FL 32896-5012. Please indicate your account number on any correspondence you send to us.
*Payments:* Send payments to the address listed on the front portion of this statement or pay online.
*Notice:* See below for your Billing Rights and other important information. Telephoning about billing errors will not preserve your rights under federal law. To preserve your rights, please write to our Billing Inquiries Address, P.O. Box 965023, Orlando, FL 32896-5023.

Purchases, returns, and payments made just prior to billing date may not appear until next month's statement. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will receive your financial institution. You may choose not to have your payment collected electronically by sending your payment (with the payment stub), in your own envelope – not the enclosed window envelope, addressed to: P.O. Box 960098 Orlando, FL 32896-0098 and not the Payment Address.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at the Billing Inquiries Address of:

Synchrony Bank
P.O. Box 965023, Orlando, FL 32896-5023

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

Synchrony Bank
P.O. Box 965023, Orlando, FL 32896-5023

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

**Information About Payments:** You may at any time pay, in whole or in part, the total unpaid balance without any additional charge for prepayment. Payments received after 5:00 p.m. (ET) on any day will be credited as of the next day. Credit to your Account may be delayed up to five days if payment (a) is not received at the Payment Address, (b) is not made in U.S. dollars drawn on a U.S. financial institution located in the U.S., (c) is not accompanied by the remittance coupon attached to your statement, (d) contains more than one payment or remittance coupon, (e) is not received in the remittance envelope provided or if it includes staples, paper clips, tape, a folded check, or correspondence of any type. Conditional Payments: All written communications concerning disputed amounts, including any check or other payment instrument that: (i) indicates that the payment constitutes "payment in full" or is tendered in full satisfaction of a disputed amount; or (ii) is tendered with other conditions or limitations ("Disputed Payments"), must be mailed or delivered to us at P.O. Box 965023, Orlando, FL 32896-5023.

**Credits To Your Account:** An amount shown in parentheses or preceded by a minus (-) sign is a credit or credit balance unless otherwise indicated. Credits will be applied to your previous balance immediately upon receipt, but will not satisfy any required payment that may be due.

**Credit Reports And Account Information:** If you believe that we have reported inaccurate information about you to a consumer reporting agency, please contact us at P.O. Box 965024, Orlando, FL 32896-5024. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please include a copy of that report. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Balance Subject To Interest Charge Calculation**

**Method 1D (Daily Balance method):** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day of the billing cycle. We then add the interest to the daily balance. To get the "daily balance" we take the beginning balance of your account each day (which includes unpaid interest), add any new charges and applicable fees, and subtract any payments or credits. This gives us the daily balance. Any daily balance of less than zero will be treated as zero. A separate daily balance will be calculated for each balance type on your account. The balance(s) shown in the Interest Charges section of this statement is the sum of the daily balances for each day in the billing cycle divided by the number of days in the billing cycle.

**Method 2B (Average Daily Balance including current transactions):** We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account. To get the "average daily balance" we take the beginning balance of your account each day, which excludes any unpaid interest charges from the previous billing cycle, add any new charges and applicable fees, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance," which is the balance shown in the Interest Charge section of this statement. Any average daily balance of less than zero will be treated as zero. A separate average daily balance will be calculated for each balance type on your account.

**Bankruptcy Notice:** If you file bankruptcy you must send us notice, including account number and all information related to the proceeding to the following address: Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060.

*Your account is owned and serviced by Synchrony Bank.*

01E45404-1-09/3116

This is an attempt to collect a debt and any information obtained will be used for that purpose.

By providing a telephone number on your account, you consent to Synchrony Bank and any other owner or servicer of your account contacting you about your account, including using any contact information or cell phone numbers you provide, and you consent to the use of any automatic telephone dialing system and/or an artificial or prerecorded voice when contacting you, even if you are charged for the call under your phone plan.

For changes of address, phone number and/or email, please check the box and print the changes below.

| | | | | |
|---|---|---|---|---|
| ☐ | Street<br>Address<br>City, State<br>ZIP<br>Phone #<br>Email | | | |
| | Home Phone # | Business Phone # | *Cell # or other phone # we can use to contact you | Email Address |

By providing your email address, you agree to receive email communications about your account and also give permission for us to share your email address with Walmart.



| Tran Date | Post Date | Reference Number | Description of Transaction or Credit | Plan Type | Amount |
|---|---|---|---|---|---|
| | | | TOTAL INTEREST FOR THIS PERIOD | | $12.68 |

| | | |
|---|---|---|
| Total Fees charged in 2015 | | $200.00 |
| Total Interest charged in 2015 | | $104.97 |
| Total Interest Paid in 2015 | | $28.60 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Expiration Date | Plan Type | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| Regular Purchases & Cash Advances | NA | REG | 22.90% (v) | $651.82 | $12.68 |
| (v) = Variable rate | | | | | |

Your account is in default. Pursuant to your Account Agreement, if we
do not receive sufficient payment by the due date above, we will
terminate any financing promotion(s) on your account and seek
immediate payment of your entire account balance.  Please contact us
at 1-800-945-6596 for the amount you must pay to avoid this.

If your account has a deferred interest promotion and you would like us to apply a payment on your account to a specific
balance, please call Customer Service to discuss options that may be available.

--1

5404    BFH    1    7  6  151009    EX PAGE 2 of 3    9112  3600  0218  0103/5404

5404     BFN     1   7  6   151009     EX PAGE 3 of 3     9212  3600  0218  01EA5404

# Verification

State of Arkansas   )
County of Pualski   )

Under 28 U.S.C. § 1746, Plaintiff Brandon Cash, having first been duly sworn and upon oath, verifies, certifies, and declares as follows:

1.    I am the Plaintiff in this civil action.

2.    I have read the foregoing Complaint prepared by my attorneys.

3.    I believe that all of the facts contained in the Complaint are true, to the best of my knowledge, information, and belief formed after a reasonable inquiry.

4.    I believe that this Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

5.    I believe that this Complaint is not interposed for any improper purpose, such as to harass any named Defendant, cause unnecessary delay to any named Defendant, or create a needless increase in the cost of litigation to any named Defendant.

6.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

7.    Each and every exhibit I provided to my attorneys attached to the Complaint is a true and correct copy of the original.

8.    Except for any clearly indicated redactions made by my attorneys, I have not altered, changed, modified, or fabricated these exhibits.

I declare under penalty of perjury that the foregoing is true and correct.

This 6th day of December, 2016.

_____
Brandon Cash