# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BRANDON CASH                                                                                             PLAINTIFF

v.                              No. 4:16CV00884 JLH

PORTFOLIO RECOVERY ASSOCIATES, LLC                        DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff's motion to dismiss is GRANTED. Document #6. This matter is hereby dismissed with prejudice.

IT IS SO ORDERED this 26th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE